Case 2:05-cv-04873-DRD-SDW   Document 3   Filed 01/17/06   Page 1 of 1 PageID: 29



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE L. WIDMEIER, an individual and on all behalf of any and all others similarly, comparably, and/or comparatively situated, Plaintiff, v. DAIMLERCHRYSLER SERVICES NORTH AMERICA, et al | Hon. Civil Action No.: 2:05-cv-04873-DRD-SDW<br><br>NOTICE OF DISMISSAL (with prejudice) |

The within matter having been amicably resolved between the parties, it is hereby DISMISSED WITH PREJUDICE and WITHOUT COSTS as to all parties.

**LAW OFFICES OF DIMITRIOS KOLOVOS, LLC**
**Attorneys for Plaintiff**
701 White Horse Road, Suite 3
Voorhees, NJ 08043
856-784-0101

*/s/ Joseph A. Mullaney, III*
Joseph A. Mullaney, III, Esquire

Dated: January 6, 2006

SO ORDERED: *January 17, 2006*
DATE: *William J. Weberly*